IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY L. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV209 |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER ANDREW F. BARKSDALE, #1733, OFFICER ZACHARY I. FALLOWFEILD, #1766, and LINCOLN POLICE DEPARTMENT, | ) ) ) ) ) ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed his Complaint in this matter on May 14, 2018, while he was incarcerated. (Filing No. 1.) The court granted him leave to proceed in forma pauperis on May 22, 2018, also while he was incarcerated. (Filing No. 8.) On June 14, 2018, the court received a letter from the Lancaster County Department of Corrections stating that Plaintiff was being released from confinement because his bond has now been posted. (Filing No. 9.) Plaintiff has not notified the court of a change of address.

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue pursuing this case in forma pauperis. Plaintiff may, in the alternative, pay the court's $400.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1. Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees within 30 days.

Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

2. The Clerk of the Court is directed to send to Plaintiff, at his last-known address, the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

3. Should the United States Postal Service return to the court a copy of this Memorandum and Order and the Form AO 240 because Plaintiff no longer resides at his last-known address, this matter shall be dismissed without prejudice due to Plaintiff's failure to keep the court apprised of his address.

4. The Clerk of the Court is directed to set a pro se case management deadline with the following text: July 20, 2018—deadline for Plaintiff to file new IFP application or pay filing fee.

DATED this 20th day of June, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge