IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ANTHONY L. NELSON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | 8:18CV209 |
| v. | ) ) ) | |
| OFFICER ANDREW F. BARKSDALE, #1733, OFFICER ZACHARY I. FALLOWFEILD, #1766, and LINCOLN POLICE DEPARTMENT, | ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Pursuant to the court's prior order (Filing No. 10), this case is dismissed without prejudice due to Plaintiff's failure to keep the court advised of his current address and his failure either to file a new request for leave to proceed in forma pauperis or pay the court's $400.00 filing and administrative fees by the deadline set forth in the court's order; and

2. Judgment shall be entered by separate document.

DATED this 23rd day of July, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge